1  DOUGLAS E. GEYMAN State Bar No.: 159417
   LAW OFFICE OF DOUGLAS E. GEYMAN
2  750 B Street, Suite 2635
   San Diego, CA  92101
3  Telephone:     (619) 232-3533
   Facsimile:     (619) 232-3593
4  douglas@geyman.sdcoxmail.com

5  Attorneys for Plaintiff Stanley Beckham

6  PAUL M. GLEASON State Bar No.: 155569
   TOREY J. FAVAROTE State Bar No.: 198521
7  RICHARD Y. CHEN State Bar No.: 225392
   GLEASON & FAVAROTE, LLP
8  800 West Sixth Street, Ste. 1010
   Los Angeles, California  90017
9  Telephone:     (213) 452-0510
   Facsimile:     (213) 452-0514
10 pmg@gfemploymentlawyers.com
   tjf@gfemploymentlawyers.com
11 ryc@gfemploymentlawyers.com

12 Attorneys for Defendant
   Corrections Corporation of America
13

**FILED**

MAR 0 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| STANLEY BECKHAM, an individual, | Case No. 1:06-CV-00437-AWI-DLB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, INC., a Maryland corporation; and DOES 1-10, inclusive, | Location:      Courtroom 2 <br> Judge:         Anthony W. Ishii <br> Mag. Judge:    Dennis L. Beck <br> Action Filed:  June 23, 2004 |
| Defendants. | Trial Date:    May 22, 2007 |

24      WHEREAS, on or about June 23, 2004, a civil complaint was filed by Stanley

25 Beckham (hereinafter referred to as "Plaintiff") against defendant Corrections Corporation of

26 America in the Superior Court of the State of California, for the County of San Diego – Central

27 Division, Case No. GIC831869;

28

1.

1       WHEREAS, on or about July 29, 2004, CCA removed this case to the United States

2 District Court for the Southern District of California, Case No. 04CV1528 W(AJB);

3       WHEREAS, on or about April 16, 2006, the action was transferred to the United

4 States District Court for the Eastern District of California, Case No. 1:06-CV-00437 AWI-DLB;

5       WHEREAS, counsel for Plaintiff and Defendant have discussed the merits of this

6 case and have agreed to resolve this dispute in its entirety; and

7       WHEREAS, the parties also have agreed to bear their own costs and attorneys' fees

8 in connection with this civil complaint.

9       NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff

10 and Defendant, through their designated counsel, that this case be dismissed in its entirety, with

11 prejudice, against all defendants pursuant to F.R.C.P., Rule 41(a)(1), and that each party shall bear

12 its own costs and attorneys' fees.

13

14 DATED: February 2? , 2007           DOUGLAS E. GEYMAN
                               LAW OFFICE OF DOUGLAS E. GEYMAN

15

16

17                                By _____

18                                    Douglas E. Geyman

19                          Attorneys for Plaintiff Stanley Beckham

20

21 DATED: ~~February~~ March 1 , 2007       PAUL M. GLEASON
                               TOREY J. FAVAROTE

22                                  RICHARD Y. CHEN
                               GLEASON & FAVAROTE, LLP

23

24

25                                By _____
                                   Torey J. Favarote

26                          Attorneys for Defendant Corrections Corporation
                         of America

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER
THEREON; 1:06-CV-00437-AWI-DLB

1

## ORDER

2          IT IS SO ORDERED that the parties, through their designated counsel, have agreed

3   to dismiss the above-referenced case in its entirety, with prejudice, pursuant to Federal Rules of

4   Civil Procedure, Rule 41(a)(1), and that each party shall bear its own costs and attorneys' fees.

5   DATED:      3-1.07

6

7   _____
    Honorable Anthony W. Ishii
8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.

**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER
THEREON; 1:06-CV-00437-AWI-DLB**